UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )    MBD Case No. 26-mc-91178 |
| | ) |
| JIANYANG HUANG | ) |
| | ) |
| Defendant. | ) |

**ASSENTED-TO MOTION TO EXTEND TIME WITHIN WHICH
INDICTMENT OR INFORMATION MUST BE FILED**

The United States of America, by Assistant United States Attorney Kaitlin J. Brown, hereby moves the Court for an Order, pursuant to 18 U.S.C. §§ 3161(b) and (h)(7), that extends the time within which an indictment or information must be filed in the above-captioned case for approximately 30 days until **May 25, 2026**.

In support of the motion the government states as follows:

1.     Defendant Jianyang Huang is charged by criminal complaint, 26-mj-8036-PGL, with possession with intent to distribute 5 kilograms or more of cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

2.     The defendant was arrested on March 25, 2026 and made his initial appearance before the Magistrate Court on March 26, 2026.   The defendant waived his right to a preliminary hearing and was released on conditions.   ECF No. 14.   Pursuant to 18 U.S.C. § 3161(b), the government has until April 24, 2026, to indict the defendant.

3.     The parties are exploring the possibility of resolving this case short of a trial.   The parties require additional time, however, before such a determination can be made.

1

4.     The government has not previously sought to enlarge the time in which an indictment or information must be filed.

5.     The government submits that the delay resulting from the extension of time for filing an indictment or information serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial.

6.     The government has consulted with defense counsel who has assented to this request.

ACCORDINGLY, the government asks the Court to enter an Order, pursuant to 18 U.S.C. §§ 3161(b) and (h)(7), that extends the time within which an indictment or information must be filed in the above-captioned case until **May 25, 2026** and moves that the period between March 25, 2026, through May 25, 2026, be excluded from all Speedy Trial Act calculations.

Respectfully submitted,

LEAH B. FOLEY
UNITED STATES ATTORNEY

By:     */s/ Kaitlin J. Brown*
KAITLIN J. BROWN (BBO# 694636)
Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way
Boston, Massachusetts 02210
Kaitlin.brown@usdoj.gov

Dated: April 10, 2026

2

**<u>Certificate of Service</u>**

This is to certify that I have served defense counsel a copy of the foregoing document by electronic mail.

*/s/ Kaitlin J. Brown*
Kaitlin J. Brown
Assistant U.S. Attorney

Dated: April 10, 2026